UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| CAROL J VINCENT | CASE NO. 2:13-CV-00189 |
| VERSUS | JUDGE MINALDI |
| CITY OF SULPHUR ET AL | MAGISTRATE JUDGE KAY |

### NOTICE OF MOTION SETTING

Please take notice that the Motion for Sanctions and to Dismiss Lawsuit (Document No. 113) filed by City of Sulphur on October 05, 2016 has been referred to the Honorable Patricia Minaldi.

**Deadlines**

Responses to said motion are due within twenty-one (21) days after service of the motion in accordance with LR 7.5.  A reply to the response may be filed within fourteen (14) days after the filing of the response, except as otherwise provided within this Court's standing pretrial order.  Leave of court will be required to file any additional briefs.  At the close of the briefing time, the record will be submitted to the Court for consideration.  Responses not timely filed may not be considered.

**No Oral Argument**

While it is generally the policy of this court to decide motions on the basis of the record, any party may request oral argument by motion if it feels that the court would benefit from such proceedings.  The court will notify all parties of its decision to grant or deny oral argument.  Briefs filed in support or opposition of any pending motion should fully address all pertinent issues.  The court will, whether on the basis of the record or oral argument, issue its ruling in due course with notice to all parties.

**Courtesy Copies Required**

An electronic copy of the motion and all memoranda only (no attachments) shall be e-mailed in WordPerfect or Word format to:

**minaldi_motions@lawd.uscourts.gov**

If attachments to the motion or response exceed 15 pages, paper copies of the attachments shall be provided to chambers:

      Hon. Patricia Minaldi
      United States District Judge
      611 Broad St., Suite 328
      Lake Charles, Louisiana 70601

**DATE OF NOTICE: October 6, 2016**

      TONY R. MOORE
      CLERK OF COURT