U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 1 2 2017

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CAROL J. VINCENT | : | CIVIL ACTION 13-cv-189 |
| VERSUS | : | JUDGE MINALDI |
| CITY OF SULPHUR | : | MAGISTRATE JUDGE KAY |

## ORDER

At the request of Judge Minaldi, it is

ORDERED that this matter be transferred to Judge Donald E. Walter.

THUS DONE AND SIGNED this 12th day of January, 2017.

DEE D. DRELL
Chief Judge